**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **vs.** | )   **CRIMINAL CASE NO. 06-00152-CG** |
| | ) |
| **GOVERNOR REISS, SR.,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

This matter came on for a hearing on August 25, 2006, at which the defendant advised the court of his withdrawal of his intent to plead guilty, and orally moved for continuance of trial due to the need for preparation and scheduling conflicts of defense counsel. The United States advised that it did not object to a continuance.

Upon due consideration of the representations of counsel, and the defendant having executed a waiver of speedy trial, the defendant's motion to continue is hereby **GRANTED**. The court finds that pursuant to 18 U.S.C. § 3161(h)(1)(A) & 8(B)(iv), the ends of justice outweigh the best interest of the defendant and the public in a speedy trial. Therefore, the trial of this action is hereby **CONTINUED** to the **October 2006** criminal trial term, with jury selection to be held on October 2, 2006.

The clerk is directed to refer this case to the magistrate judge to reschedule a pretrial conference to take place in September.

The U.S. Marshal is **ORDERED** to produce defendant for jury selection on October 2, 2006.

**DONE and ORDERED** this the 25th day of August, 2006.

     /s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE